Unsealed on 1/27/11

SEALED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

2010 DEC -1 PM 3:15

| | |
|---|---|
| UNITED STATES OF AMERICA, | Mag. Case Number: 10 MJ 3953 |
| v. | COMPLAINT FOR VIOLATION OF |
| DANIEL NAVARRO-CHAVEZ, Defendant | Title 21, U.S.C., Sections 846 and 841(a) - Conspiracy to Distribute Controlled Substance |

The undersigned complaint being duly sworn states:

Beginning at a date unknown and continuing up to and including November 25, 2010, within the Southern District of California, and elsewhere, defendant DANIEL NAVARRO-CHAVEZ did knowingly and intentionally conspire with others, to distribute over 27,600 pounds of marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SPECIAL AGENT
U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS _1st_ DAY OF ~~NOVEMBER~~, 2010.
DECEMBER

Hon. Jan M. Adler
UNITED STATES MAGISTRATE JUDGE

4/80

# PROBABLE CAUSE STATEMENT

I, Special Agent Andrew Flood, declare under penalty of perjury, the following is true and correct:

1.      I, Andrew Flood, am currently employed as a Special Agent with Immigration and Customs Enforcement, Homeland Security Investigations, Department of Homeland Security, and have been so employed for the last 14 years. The facts set forth below are either personally known to me or have been related to me by other law enforcement officers. Because this statement of facts is being submitted for the limited purpose of establishing probable cause to believe that the below-noted defendants participated in a conspiracy to possess with the intent to distribute marijuana, I have not included each and every fact known to me concerning the defendants' illegal activities.

2.      In November 2010, ICE agents received reliable intelligence information that a narcotics tunnel, spanning from Mexico, into the United States, was operating in the vicinity of Marconi Drive near the Otay Mesa Port of Entry. Subsequently, on November 22, 2010, a source of information (hereinafter referred to as SOI) told ICE agents that the warehouse located at 10030 Marconi Drive San Diego, CA was possibly a tunnel location used by Mexican drug traffickers to facilitate their transportation and distribution of narcotics.

3.      Based on the ongoing intelligence information, agents conducted continuous surveillance of 10030 Marconi Drive. On or about November 25, 2010, at approximately 7:05 a.m., surveillance agents observed a tractor-trailer (tractor has California license plate VP51190 and trailer has California license plate 4KT8229) arrive at 10030 Marconi Drive followed by a box-truck (small cargo truck) with no license plates. The tractor-trailer backed into the bay of 10030 Marconi Drive. The box-truck

pulled up next to the tractor-trailer truck. Agents observed movement from the back of the tractor-trailer truck which was consistent with the tractor-trailer was being loaded with cargo. The tractor-truck and the box-truck were at the location for approximately 20 minutes and departed from the rear of 10030 Marconi Drive in tandem. Agents observed Victor Omar VALLADRES-REAL, driving the box-truck.

4.     The tractor-trailer and the box-truck drove in tandem from 10030 Marconi Drive to west bound I-905 to the I-805 North, where the tractor-trailer and the box-truck exited together on Main Street in Chula Vista, CA. The two trucks traveled westbound on Main Street at which the box-truck entered the gas station on the south-side of Main Street to the east of 4th Avenue in Chula Vista, where the box-truck remained  while the tractor-trailer left as further described in paragraph 5 (Victor Omar VALLADRES-REAL, who escorted the tractor-trailer from 10030 Marconi initially stayed for approximately 40 minutes while parked at the gas-pumps; he also conducted  surveillance by driving in circles and returning to the same gas station where he stayed for an additional five minutes;  eventually, he drove to his residence in El Cajon).

5.     The tractor-trailer, however, continued driving west bound on Main Street and pulled over to the north curb and parked just east of Broadway. Surveillance agents observed the driver of the tractor-trailer exit the driver's side. The driver of the tractor-trailer was wearing a black jacket.  The driver of the tractor-trailer, then entered a red Ford F-150 California registration 7W00946. (A records check on CA 7W00946 thru the California Department of Motor Vehicles (DMV) revealed the vehicle is registered to Daniel NAVARRO, 180 W First Street #212 El Cajon, CA 92021). The red Ford F-150 truck (7W00946) proceeded to a storage facility and through several side streets in Chula

Vista. In my experience, the red Ford F-150 truck was conducting heat runs (making multiple turns and stopping several times to observe if the driver is being followed by law enforcement). Surveillance agents observed the Ford-F-150 turn onto Main Street and pass by the tractor-trailer. Surveillance agents then observed the driver (identified as Jose Guadalupe HERNANDEZ) enter the tractor-trailer. The tractor-trailer proceeded to travel west on Main Street to north-bound I -5. While following the tractor-trailer, agents observed the red Ford F-150 in the vicinity of the tractor-trailer. The tractor-trailer and the red Ford F-150 exit the freeway at Mile of Cars Way in National City. The red Ford F-150 made an east-bound turn on Miles of Cars Way and the tractor-trailer went west-bound on Miles of Cars Way.

6.     Moments later agents observed the tractor-trailer and the red Ford F-150 truck parked together alongside Tidelands Avenue just south of West 19th Street in National City, CA. The red Ford F-150 was not occupied at that moment. A Hispanic male (identified as defendant Daniel NAVARRO-CHAVEZ) was observed standing next to the tractor-trailer truck holding a cellular telephone. (On November 26, 2010, I identified the male on the cellular telephone as defendant Daniel NAVARRO-CHAVEZ based on a CA DMV driver's license photograph of NAVARRO-CHAVEZ). Approximately five minutes later, both vehicles were observed going east bound on Miles of Cars Way toward the I-5 freeway.

7.     Agents observed that tractor-trailer on the north-bound I-5 freeway. The tractor-trailer then proceeded onto I-15 North. Surveillance agents observed the tractor-trailer on I-15 North. At approximately the Carmel Mountain exit, surveillance agents again observed NAVARRO-CHAVEZ' following behind the tractor-trailer in the red

Ford F-150 CA&w00946. The tractor-trailer and the red Ford F-150 exited on Valley Parkway in Escondido. Both vehicles drove on several surface streets in Escondido and then parked. Agents perceived this action to be typical of a counter surveillance technique utilized by drug traffickers to thwart law enforcement. Approximately 5 to 10 minutes later, both vehicles entered onto I-15 north.

8.     While traveling on north-bound I-5, surveillance agents observed the red Ford-F-150 exit on Old Highway 395 and travel north on 395 parallel to the tractor trailer truck. Agents observed the red Ford F-150 enter the north-bound I-15 at Rainbow. The red Ford F-150 was then observed pulling over to the side of the freeway a short distance from Temecula Border Patrol Checkpoint. (Based upon my training and experience, I believe the red Ford F-150 was acting as a follow or chase vehicle. It is common for drug traffickers to utilize follow vehicles to conduct counter-surveillance and to keep an eye on the conveyance utilized for the transportation of narcotics). The tractor-trailer proceeded north of I-15 and entered the California Highway Patrol (CHP) truck scales next to the Us Border Patrol Checkpoint in Temecula, CA.

9.     At approximately 9:55 a.m., Border Patrol Agents contacted the driver of the tractor-trailer identified as Jose HERNANDEZ. HERNANDEZ stated he was carrying watermelons and was headed to Los Angeles. HERNANDEZ told BP Agents he was transporting watermelons but was unsure of where he had picked up the watermelons. HERNANDEZ became nervous as the Agent continued to ask him questions. A narcotics/human detection dog alerted to the tractor trailer HERNANDEZ was driving. BP Agents asked HERNANDEZ if he had a key to the locked trailer and HERNANDEZ retrieved the key. BP Agents utilized the key to unlock the trailer and

noticed several cardboard boxes stacked on pallets. Inside the cardboard boxes were several wrapped packages. BP Agents opened one of the packages. The substance inside the package tested positive for marijuana. HERNANDEZ was detained and the tractor trailer truck was seized by US Border Patrol. The tractor-trailer truck and HERNANDEZ were transported to Murrieta Border Patrol Station.

10.     Agents found approximately 2,020 packages of marijuana, weighing approximately 27,600 pounds/12,547.95 kilograms of marijuana inside HERNANDEZ' trailer.

11.     At approximately 10:40 a.m., agents arrested defendant VALLADARES-Real in El Cajon, CA. A search of the box-truck revealed a CA DMV Registration Form for the box truck (VIN#1HTMMAAM66H180451). The registered owner of the box-truck on the form indicated Daniel NAVARRO-CHAVEZ 1111 W. 7th St. Perris, CA 92570. (The address on Daniel NAVARRO-CHAVEZ' CA driver's license is 1111 W. 7th Street Perris, CA.).

12.     Subsequently, federal agents executed a search warrant at 10030 Marconi Drive and found a narcotics tunnel located inside that warehouse. Agents found over 300 packages of marijuana (approximately three tons of marijuana) inside the narcotics tunnel. Mexican officials searched the south-side location and found the entry to the tunnel. Mexican officials reported finding approximately four additional tons of marijuana.

13.     When agents entered the narcotics tunnel at 10030 Marconi Drive, San Diego, California, on November 25, 2010, and while inside that tunnel, they located another exit location within the United States at 10145 Via De La Amistad, Unit 15,

which agents believe was the original exit point of the narcotics tunnel. Agents believe that the drug traffickers stopped using that exit point now located at 10145 Via De La Amistad, Unit 15 in August 2010, and that the tunnel's exit at 10030 Marconi Drive, San Diego, California became the new exit point for the drug traffickers.

14. In August 2010, federal agents were conducting surveillance at 10145 Via De La Amistad and observed a tractor-trailer (CA VP51190 and trailer 4KT8229, same tractor-trailer driven by HERNANDEZ seized containing over 27,000 pounds of marijuana on November 25, 2010) backed into the loading dock for unit 15. On this occasion HERNANDEZ' tractor-trailer departed from the Via De La Amistad warehouse and traveled to Chula Vista, CA and then to Perris, CA via I- 5 and I-15 North.

15. At a truck stop in Perris, CA. surveillance agents observed a white four door Dodge truck CA license plate 8Y57879 arrive and park adjacent to HERNANDEZ' tractor-trailer. The driver of the Dodge truck assisted the driver of the tractor-trailer unload numerous small white boxes from the trailer and place the boxes in the bed of the Dodge truck. The dodge truck departed and traveled to 1111 West 7th Street Perris, CA (this address is listed as defendant Daniel NAVARRO-CHAVEZ' residence on NAVARRO-CHAVEZ' CA driver's license). A check of CA DMV records of license 8Y57879 revealed the truck was registered to Daniel NAVARRO out of El Cajon, CA.

16. In September 2010, law enforcement officers observed NAVARRO-CHAVEZ driving the white Dodge truck CA license 8Y57879 travel Moreno Valley to Riverside, CA. NAVARRO-CHAVEZ exited the vehicle and entered the Riverside County Sheriff's Department Building. Thru the assistance of Riverside County Sheriff's Department personnel it was relayed that NAVARRO-CHAVEZ was signing up for a

work release program and NAVARRO-CHAVEZ provided Riverside County Sheriff's Department with his identification.

17. In November 2010, agents conducted queries of DHS data bases regarding NAVARRO-CHAVEZ, HERNANDEZ, CA licenses 7W00946 and 8Y57879. On November 25, 2010 NAVARRO-CHAVEZ (at approximately 5:16 a.m.) and HERNANDEZ (at approximately 6:07 a.m.) entered the United States via the Otay Mesa Port of Entry pedestrian lanes. In reference to the red Ford F-150 CA license 7W00946, on November 1, 2010 Daniel NAVARRO-CHAVEZ entered the United States from Mexico at the Tecate Port of Entry in this vehicle. Records checks also indicate that NAVARRO-CHAVEZ utilized the white Dodge truck CA license 8Y57879 to enter the United States from Mexico on numerous occasions between August and October 2010.

Executed on ~~November 26, 2010~~ December 1 2010

Andrew Flood   12/1/2010
Special Agent,
U.S. ICE

On the basis of the facts presented in the probable cause statement consisting of 7 pages, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on November 25, 2010, in violation of Title 21, United States Code, Section(s) 841(a)(1) & 846.

Hon. Jan M. Adler
United States Magistrate Judge

12/1/10 @ 1:54 p.m.

Date/Time